1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Robert L. Abdelkader

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROBERT L. ABDELKADER,            ) Case No.: CV 10-5187 JCG
                                    )
12        Plaintiff,                ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
13     vs.                          ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                                  )
          Defendant                 )
16 _____  )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $1,200.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE: March 21, 2011
23
                                    _____
24                                  THE HONORABLE JAY C. GANDHI
                                    UNITED STATES MAGISTRATE JUDGE
25

26

                                     -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  　　/s/ *Lawrence D. Rohlfing*
　　_____
4  Lawrence D. Rohlfing
　 Attorney for plaintiff Robert L. Abdelkader